429 A.2d 741

Duncan, Appellant, v. First Pennsylvania Bank.

Argued September 8, 1980.   Richard S. Mailman, for appellant;   Phillip Silverman, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order and judgment affirmed on opinion of the lower court.

429 A.2d 741

Hindman v. Felix, Appellant.

Argued April 15, 1980.   David R. Levin, for appellant;   Arthur M. Lebovitz, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order of the court below affirmed.